# IN THE SUPREME COURT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : NO. 931 |
| | : |
| APPOINTMENT TO CONTINUING JUDICIAL EDUCATION BOARD OF JUDGES | : SUPREME COURT RULES DOCKET |
| | : |
| | : |
| | : |

## ORDER

**PER CURIAM**

    **AND NOW,** this 12th day of January, 2023, the Honorable Nicola Henry-Taylor, Allegheny County, is hereby appointed to the Continuing Judicial Education Board of Judges for a term expiring December 31, 2025.